**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Property Casualty Insurance Company,<br><br>              Plaintiff,<br><br>v.<br><br>Kenneth Gee, et al.,<br><br>              Defendants. | No. CV-23-00151-TUC-CKJ<br><br>**ORDER** |

On September 3, 2024, the Court granted summary judgment in favor of Defendants and directed Defendants to file a proposed form of Judgment. (Order (Doc. 43)). Defendants filed a proposed form, (Doc. 44), and Plaintiff did not object.

**Accordingly,**

**IT IS ORDERED** that the Clerk of the Court shall enter Judgment for Defendants and against Plaintiff in the amount of $250,000, with post-judgment interest to accrue at 3.95 percent. The parties shall bear their own fees and costs.

Dated this 26th day of September, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge